UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


RECEIVED
2012 SEP 25 PM 1:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MAURICE JACKSON
_____

(Name of plaintiff or plaintiffs)

v.          CIVIL ACTION NO. _____

MANITOWOC / DELFIELD CO, CEO GLENN TELLOCK, RON ANDERSON, KEVIN CLARK, CHARLES EAVES, THERESA BALENTINE, STEVE GIFFIN, BILL MASSEY, EDWARD BURTON, NOEL MORGAN ETC

(Name of defendant or defendants)

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 U.S.C. §2000e-5(g).

2. Plaintiff, MAURICE JACKSON
   (name of plaintiff)

is a citizen of the United States and resides at 897 BETHLEHEM RD.
(street address)

HENNING           U.S.           TENNESSEE
(city)            (country)      (state)

38041                        901 834 8146
(zip code)                   (telephone number)

3. Defendant _____
(defendant's name)
lives at, or its business is located at _____
(street address)

_____

_____

4. Plaintiff sought employment from the defendant or was employed by the defendant at
__1 Delfield Dr_____
(street address)
_Covington_  _U.S._  _Tennessee_  _38019_
(city)  (country)  (state)  (zip code)

5. Defendant discriminated against plaintiff in the manner indicated in paragraph 9 of this complaint on or about _____
(day)  (month)  (year)

6. Defendant filed charges against the defendant with the Tennessee Fair Employment Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____
(day)  (month)  (year)

7. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraph 9 of this complaint on or about _____
(day)  (month)  (year)

8. The Equal Employment Opportunity Commission issued a Notice of Right to Sue, which was received by plaintiff on __29 JUE 2012__. (Attach a copy of the notice to this complaint.)
(day) (month) (year)

9. Because of plaintiff's (1) ___ race, (2) ___ color, (3) ___ sex, (4) ___ religion, (5) ___ national origin, defendant

    (a) ___ failed to employ plaintiff.

    (b) _X_ terminated plaintiff's employment.

    (c) ___ failed to promote plaintiff.

    (d) _Retaliation, Sexual Harrasment_

_____

_____

Revised 4-18-00

10. The circumstances under which defendant discriminated against plaintiff were as follows:_____

_____

11. The acts set forth in paragraph 9 of this complaint

   (a) ____ are still being committed by defendant.

   (b) _X_ are no longer being committed by defendant.

   (c) ____ may still be being committed by defendant.

12. Please attach to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission, which are submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

   (a) ____ Defendant be directed to employ plaintiff, or

   (b) _X_ Defendant be directed to re-employ plaintiff, or

   (c) ____ Defendant be directed to promote plaintiff, or;

   (d) _X_ Defendant be directed to _Employment Pay for lost Time from day of Termination, Reinstate Insurance. $3,000,000 for Pain & Suffering, Depress, & caused_

and that the Court grant such other relief as may be appropriate, including injunctive orders, _me to file Bankruptcy_ damages, costs and attorney's fees.

13. I would like to have my case tried by a jury. Yes (X) No ( )

_____
SIGNATURE OF PLAINTIFF

Revised 4-18-08