```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

| | |
|---|---|
| MAURICE JACKSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil No. 12-2851-tmp |
| | ) |
| MANITOWOC/DELFIELD CO. et al., | ) |
| | ) |
|     Defendant. | |

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Granting Defendant's  Motion for Sanctions/Dismissal, Order Certifying Appeal Not Taken in Good Faith, and Notice of Appellate Filing Fee entered on October 31, 2013, **judgment is hereby entered in favor of defendant.**

APPROVED:

s/ Tu M. Pham
**TU M. PHAM**
**UNITED STATES MAGISTRATE JUDGE**

October 31, 2013                                 THOMAS M. GOULD
**DATE**                                               Clerk of Court

                                                                     s/Sandra McClain
                                                              (By)   Deputy Clerk